**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberto CARDOZA–SARABIA,
Defendant–Appellant.**

No. 13–8049.

United States Court of Appeals,
Tenth Circuit.

Sept. 5, 2013.

Stuart S. Healy, III, Office of the United States Attorney, Cheyenne, WY, for Plaintiff–Appellee.

Roberto Cardoza–Sarabia, Salters, SC, pro se.

Before HARTZ, O'BRIEN, and GORSUCH, Circuit Judges.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

HARRIS L. HARTZ, Circuit Judge.

Movant Roberto Cardoza–Sarabia seeks a certificate of appealability (COA) to appeal the denial by the United States District Court for the District of Wyoming of his motion under 28 U.S.C. § 2255 to set aside his sentence and conviction because of ineffective assistance of counsel with respect to his guilty plea. *See* 28 U.S.C. § 2253(c)(1)(B) (requiring COA to appeal denial of § 2255 motion). The district court denied the motion because it was untimely under 28 U.S.C. § 2255(f).

The district court was clearly correct. The judgment was entered against Movant on December 17, 2009. He did not appeal. He filed his § 2255 motion on October 12, 2012. In district court he gave no reason to overcome the statutory bar, nor has he done so in this court. We DENY a COA and dismiss the appeal. Appellant's motion to proceed in forma pauperis is DENIED.